## WILLIAMS v. STATE.
### No. 23350.

Court of Criminal Appeals of Texas.
May 8, 1946.

W. E. Martin, of Abilene, for appellant.

Ernest S. Goens, State's Atty., of Austin, for the State.

HAWKINS, Presiding Judge.

Conviction is for possessing whisky for the purpose of sale in dry territory, punishment assessed being 30 days' imprisonment in the county jail.

The record contains neither statement of facts nor bills of exception. In this condition nothing is presented for review.

The judgment is affirmed.